UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SABRINA AFIFI,

        Plaintiff,

   v.

HAYATT HOUSE,

        Defendant.

Case No. 25-cv-07471-AMO

**ORDER DISMISSING CASE**

On November 3, 2025, the Court issued an Order granting Defendant's Motion to Dismiss. Dkt. No. 17. The November 3 Order allowed Plaintiff 30 days, until December 3, 2025, to file an amended complaint curing the deficiencies outlined in the Order. The Order also warned that "[f]ailure to file an amended complaint in accordance with this Order in the time provided will result in dismissal of this case." Dkt. No. 17 at 4. To date, Plaintiff has not filed an amended complaint. Accordingly, the Court hereby **DISMISSES** the action without prejudice. The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

Dated: December 30, 2025

                                            **ARACELI MARTÍNEZ-OLGUÍN**
                                            **United States District Judge**